IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Dean, Andrea | Case Number: 06 B 05506 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/5/08 | Filed: 5/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 4, 2007
Confirmed: September 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,820.00 | |
| Secured: | | 8,180.26 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,524.00 |
| Trustee Fee: | | 578.18 |
| Other Funds: | | 1,537.56 |
| Totals: | 12,820.00 | 12,820.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,524.00 | 2,524.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 37.32 |
| 4. | Great American Finance Company | Secured | 1,907.11 | 737.32 |
| 5. | Wells Fargo Fin Acceptance | Secured | 543.87 | 211.48 |
| 6. | American General Finance | Secured | 543.87 | 211.48 |
| 7. | Option One Mortgage Corp | Secured | 15,761.63 | 3,651.22 |
| 8. | Aurora Loan Service | Secured | 3,331.44 | 3,331.44 |
| 9. | Aurora Loan Service | Unsecured | 0.00 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | 184.70 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 11.69 | 0.00 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 106.00 | 0.00 |
| 14. | New Age Chicago Furniture Co | Unsecured | 0.00 | 0.00 |
| 15. | Education Loan Servicing Corporation | Unsecured | 767.25 | 0.00 |
| 16. | Great American Finance Company | Unsecured | 185.84 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 37.52 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 61.25 | 0.00 |
| 19. | NCO Financial Systems | Unsecured | 100.00 | 0.00 |
| 20. | Asset Acceptance | Unsecured | 47.39 | 0.00 |
| 21. | Illinois Student Assistance Commission | Unsecured | 3,461.07 | 0.00 |
| 22. | JP Morgan Chase Bank | Unsecured | 506.07 | 0.00 |
| 23. | Certified Recovery | Unsecured | | No Claim Filed |
| 24. | Certified Recovery | Unsecured | | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dean, Andrea | Case Number: 06 B 05506 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 2/5/08 | Filed: 5/15/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Collection Company Of America | Unsecured | | No Claim Filed |
| 27. | AES/EFR | Unsecured | | No Claim Filed |
| 28. | LVNV Funding | Unsecured | | No Claim Filed |
| 29. | Certified Recovery | Unsecured | | No Claim Filed |
| 30. | National Education Centers | Unsecured | | No Claim Filed |
| 31. | AES/EFR | Unsecured | | No Claim Filed |
| 32. | Collection Company Of America | Unsecured | | No Claim Filed |
| 33. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 34. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 35. | Allied Interstate | Unsecured | | No Claim Filed |
| 36. | National Education Centers | Unsecured | | No Claim Filed |
| 37. | Sm Servicing | Unsecured | | No Claim Filed |
| 38. | Sm Servicing | Unsecured | | No Claim Filed |
| 39. | Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 40. | Sm Servicing | Unsecured | | No Claim Filed |
| 41. | Sm Servicing | Unsecured | | No Claim Filed |
| 42. | Sm Servicing | Unsecured | | No Claim Filed |
| 43. | Sm Servicing | Unsecured | | No Claim Filed |
| 44. | Harris & Harris | Unsecured | | No Claim Filed |
| 45. | Sm Servicing | Unsecured | | No Claim Filed |
| 46. | Sm Servicing | Unsecured | | No Claim Filed |
| 47. | Sm Servicing | Unsecured | | No Claim Filed |
| 48. | Park Dansan | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,105.70 | $ 10,704.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 7.84 |
| 4.8% | 243.02 |
| 5.4% | 327.32 |
| | _____ |
| | $ 578.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: